# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ALEXUS WILLIAMS, AS SURVIVING NEXT OF KIN OF DEWAYNE WILLIAMS, <br><br>                Plaintiff, <br><br>    v. <br><br> JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; KPR U.S. LLC; CARDINAL HEALTH, INC. and JOHN DOE NOS. 1–10 <br><br>                Defendants. | Case No. 1:23-cv-04927-ELR |

## STIPULATED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT

Defendants KPR U.S., LLC/Kendall Patient Recovery U.S., LLC, Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, Nancy Livingston, Jay E. Johnson, Matthew East, and Doug Bondar ("Defendants") respectfully move for an extension to respond to Plaintiff's complaint. (Doc. 1-1.) As fully set forth in the following memorandum, Defendants seek an extension until fourteen (14) days after resolution of the pending motion to transfer venue (Doc. 5) and Plaintiff's forthcoming motion to remand. Defendants' current deadline to respond to the complaint is November 2. Counsel for Defendants and Plaintiff have conferred and stipulate to the requested extension.

Respectfully submitted this 31st day of October, 2023.

BAKER & HOSTETLER LLP

*/s/ Matthew D. Thurlow*
S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
William Ezzell
Georgia Bar No. 297641
wezzell@bakerlaw.com
Georgia L. Bennett
Georgia Bar No. 495910
gbennett@bakerlaw.com
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone:404-256-8425

Matthew D. Thurlow
*(Pro Hac Vice)*
mthurlow@bakerlaw.com
1050 Connecticut Avenue NW, Suite 1100
Washington, DC 20036
Telephone:202-861-1681

*Counsel for Defendants*
*Kendall Patient Recovery U.S., LLC, KPR*
*U.S., LLC, Cardinal Health, Inc., Mark*
*Legarda, Martin Russo, Mark Barnes and*
*Nancy Livingston*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with

Times New Roman 14-point font in accordance with Local Rule 5.1.C.

This 31st day of October, 2023.       */s/ Matthew D. Thurlow*
                                      Matthew D. Thurlow

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I caused a true and correct copy of the foregoing **Stipulated Motion for Extension to Respond to Complaint** to be electronically filed and served upon all counsel of record through the Court's electronic filing system and through electronic mail as follows:

**Penn Law LLC**
Darren W. Penn, darren@pennlawgroup.com
William L. Ballard, bill@pennlawgroup.com
John D. Hadden, john@pennlawgroup.com
Alexandra "Sachi" Cole, sachi@pennlawgroup.com
Kevin M. Ketner, kevin@pennlawgroup.com
**Cook & Connelly, LLC**
Charles Bailey, charlie.bailey@cookconnelly.com
Sutton Connelly, sutton.connelly@cookconnelly.com
**Edelson PC**
Todd Logan, tlogan@edelson.com
Brandt Silver-Korn, bsilverkorn@edelson.com
Lauren Blazing, lblazing@edelson.com

*Counsel for Plaintiff Alexus Williams as surviving next of kin of Dewayne Williams*

**Hull Barrett**
Mike Taylor, mtaylor@hullbarrett.com
Liese Lynch, llynch@hullbarrett.com

*Counsel for Defendant Jay E. Johnson*

**Smith, Gilliam, Williams & Miles, P.A.**
R. Brent Hatcher, Jr., bhatcher@sgwmfirm.com
T. Burns Marlow, bmarlow@sgwmfirm.com

*Counsel for Defendants Doug Bondar and Matthew East*

This 31st day of October, 2023.         */s/ Matthew D. Thurlow*
                                                          Matthew D. Thurlow