# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALEXUS WILLIAMS, AS SURVIVING NEXT OF KIN OF DEWAYNE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; KPR U.S. LLC; CARDINAL HEALTH, INC. and JOHN DOE NOS. 1–10<br><br>Defendants. | Case No. 1:23-cv-04927-ELR |

**[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION
<u>TO RESPOND TO COMPLAINT</u>**

Having considered Defendants KPR U.S., LLC/Kendall Patient Recovery U.S., LLC, Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, Nancy Livingston, Jay E. Johnson, Doug Bondar, and Matthew East's stipulated motion for an extension to respond to Plaintiff's complaint, and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED, and the deadline to respond to Plaintiff's complaint is EXTENDED until fourteen (14) days after resolution of the pending motion to transfer and forthcoming motion to remand.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

1